## People ex rel. Wm. H. Chapman v. Horatio Pratt.

*Quo Warranto—notice of hearing.* The Attorney General having control of the information, notice of hearing on behalf of the prosecution must proceed from him, and not the relator.

*Heard and decided July 6th.*

Motion by respondent to strike from the docket, as not properly noticed for hearing.

This was an information in the nature of a quo warranto. Notice of hearing was given by the relator.

The court held that the Attorney General having control of the information, notice of hearing on behalf of the prosecution must proceed from him, and the cause was therefore stricken off for the term.

*A. Blair*, for relator.

*O. M. Barnes*, for respondent.